# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LOUIS A. ROKEACH**

               V.               **CASE NUMBER: 6:06-CV-349(NPM/DEP)**

**CHARLES SCHWAB & CO., INC.; et al.**

**[ ]**        **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[XX]**        **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF, dismissing the action in its entirety pursuant to the Memorandum-Decision and Order of the Hon. Neal P. McCurn filed on August 3, 2006.

DATED:    <u>August 3, 2006</u>

                                                                        */s/ Lawrence K. Baerman*
                                                                      Clerk of Court

LKB:lmp